UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KEVIN DEWAYNE TAYLOR, JR.,

Plaintiff,

v.

JAMES HUNTER, et al.,

Defendant.

CASE NO. 2:26-CV-2497-TMC-DWC

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge David W. Christel, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) This case is dismissed based on *Younger* abstention and failure to state a claim. The Court has conducted de novo review of Mr. Taylor's objections to the Report and Recommendation. The Court overrules those objections because it agrees with the Magistrate Judge that *Younger* abstention applies while Mr. Taylor's direct appeal from his criminal conviction is pending in state court.

(3) The Clerk is directed to send copies of this Order to Plaintiff and to the Hon. David W. Christel.

**DATED** this 18th day of November, 2026.

TIFFANY M. CARTWRIGHT
United States District Judge